```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

        IZZO GOLF, INC.

                        Plaintiff(s)

            -vs-                                    06-Cv-6371


        GATHERING STORM, ,LLC doing business
        as Tmax Gear
                        Defendant(s)


_____


        The above case is transferred from Hon. Michael A.

Telesca to Hon. Charles J. Siragusa.

        SO ORDERED.


                                   S/ MICHAEL A. TELESCA
                                 MICHAEL A. TELESCA
                                 United States District Judge

Dated:  Rochester, New York
        January 4, 2007
```